The Honorable David W. Christel

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ASC CARKEEK PARK LLC,<br><br>*Plaintiff*,<br><br>vs.<br><br>BP PRODUCTS NORTH AMERICA, INC.,<br><br>EQUILON ENTERPRISES LLC,<br><br>JIFFY LUBE INTERNATIONAL, INC.,<br><br>SHELL USA, INC., and<br><br>SHELL OIL PRODUCTS COMPANY LLC, | NO: 2:22-cv-00553-DWC<br><br>**ASC CARKEEK PARK LLC'S CORPORATE DISCLOSURE STATEMENT** |

Plaintiff ASC Carkeek Park LLC hereby discloses, pursuant to Fed. R. Civ. P. 7.1, LCR 7.1(a)(1), and LCR 7.1(b), that it is a limited liability corporation owned by the following entities, with the state where each entity is a citizen listed in parentheses:

1. ASC Holdings LLC (WA)
2. DeeJayCee Senior Services LLC (WA)
3. Enterprise International Inc. (WA)
4. Cedar Bluff Trust (WA)

**ASC CARKEEK PARK LLC'S CORPORATE DISCLOSURE STATEMENT - 1**
[2:22-cv-00553-DWC]

Nossaman LLP
719 Second Avenue, Suite 1200
Seattle, WA 98104
Telephone: (206) 395-7630

5. Julie L. Patrick Spousal Lifetime Access Trust (WA)

6. Kirtland C. Peterson & Anne M. Murphy (HI)

7. Revocable Trust of John W. Meisenbach (WA)

8. Shane Smith (WA)

9. James A. & Diana L. Olsen (WA)

10. Aaron Hyun-gun Song (WA)

11. DRM Realty LLC (WA)

12. John J. & Katherine A. Harnish (WA)

13. Kyle Ott (WA)

14. Zingale-Meyer Family Trust (WA)

15. Aaron Richmond (WA)

16. Angela Marie Snyder (WA)

17. David R. & Elizabeth R. Ford as Tenants by the Entirety (DC)

18. Iron Horse Capital LLC (WA)

19. Jennifer Harnish (WA)

20. Ralph Pascualy Irrevocable Trust (WA)

21. Stephen Markowitz (WA)

22. Tiryakioglu Family Trust (WA)

23. Two Daughters LLC (WA)

24. Bialek-Gianini Living Trust (CO)

25. Brian Virgil Turner (CA)

26. David & Rosalie Holcomb (WA)

27. David & Shirley Newell (WA)

28. Harsha and Lois Ramlingam (WA)

29. Joseph E. Pendergast III (WA)

30. Luke R Burtis (WA)

31. Michael P. & Esther K. Ochsman (ID)

**ASC CARKEEK PARK LLC'S CORPORATE DISCLOSURE STATEMENT  - 2**
[2:22-cv-00553-DWC]

Nossaman LLP
719 Second Avenue, Suite 1200
Seattle, WA  98104
Telephone:  (206) 395-7630

32. Norene I. Ott Irrevocable Trust (WA)
33. Pearl Lane Investments (CA)
34. William and Caralyn Altman (KY)
35. Cherry Pie Properties (WA)
36. Crosetto Family Trust (WA)
37. David Bocek (WA)
38. Kris Engskov (WA)
39. Brian and Karen McManus (WA)
40. Charles J. Nordstrom (WA)
41. Christina N. Koons Living Trust (WA)
42. Christopher Blakeslee (WA)
43. David and Laura Rinn (WA)
44. David & Sarah Hehman 2002 Revocable Trust (CA)
45. Derrick Skinner Irrevocable Trust (WA)
46. Detlef and Marianne Schrempf (WA)
47. Gerlich Trust (WA)
48. Howe Family Revocable Trust (WA)
49. James Dubois (WA)
50. Jennifer Whitworth Trust (NV)
51. John Ahlers (WA)
52. John & Emily Breese (WA)
53. Jon Staenberg Trust (WA)
54. Kevin Fitzwilson (WA)
55. Norman and Carin Tonina Family Trust (WA)
56. Paul and Jennifer Biederman (AK)
57. Ricky Israel (WA)
58. robert fabrikant (DC)

**ASC CARKEEK PARK LLC'S CORPORATE DISCLOSURE STATEMENT  - 3**
[2:22-cv-00553-DWC]

Nossaman LLP
719 Second Avenue, Suite 1200
Seattle, WA  98104
Telephone:  (206) 395-7630

59. Sage Weil & Elise Lawson Trust (WI)

60. Terese Clark (WA)

61. Timothy and Teresa Gamble Revocable Trust (WA)

62. Wesley and Barbara Moorhead (WA)

63. Woods Family Revocable Trust (WA)

64. Ann Stephens (CA)

65. Brian and Linda Poggi, Trustees of the Brian and Linda Poggi Living Trust (OR)

66. Dan Ware (OR)

67. Kirk & Anh Lum (CA)

68. Kyle Kirkland Hinkley & Rebecca Bernice Hinkley (WA)

69. Larry E. & Paulette F. Walker (MD)

70. Myriad Capital Venture LLC (CA)

71. Sean Poggi (OR)

72. Strata Trust fbo Kevin Rougeux (CA)

73. Susan L. & Virgil R. McPherson (CA)

74. Thomas & Heather Laborde Living Trust (CA)

75. Nicholas and Erin Sponaugle (WA)

76. Andrew W Madderson (WA)

77. Amy and Adam Billdt (WA)

78. Marc & Holly Forsythe (CA)

79. Richard C. Deck (WA)

80. Roger Young (WA)

81. Michael Gottlieb (WA)

82. Kathy Jean Stewart (WA)

83. Kevin T Rougeux (CA)

84. Rick Karnofski (WA)

85. Sandra Preyale (WA)

**ASC CARKEEK PARK LLC'S CORPORATE DISCLOSURE STATEMENT  - 4**
[2:22-cv-00553-DWC]

Nossaman LLP
719 Second Avenue, Suite 1200
Seattle, WA  98104
Telephone:  (206) 395-7630

86. Connie L. Jones (WA)

87. Kimberly Ann Thielman (WA)

88. Walter Jossart (WA)

89. Benjamin T Freeburg (WA)

In addition, ASC Carkeek Park LLC is not a publicly held corporation and no publicly held corporation has an ownership interest of more than 10% in ASC Carkeek Park LLC.

Dated: May 4, 2022

NOSSAMAN LLP

BRIAN FERRASCI-O'MALLEY

By: */s/ Brian Ferrasci-O'Malley*
Brian Ferrasci-O'Malley, WSBA #46721
719 Second Avenue, Suite 1200
Seattle, WA 98104
Ph: 206.395.7630
Email: bferrasciomalley@nossaman.com
*Attorney for Plaintiff ASC Carkeek Park LLC*

**ASC CARKEEK PARK LLC'S CORPORATE DISCLOSURE STATEMENT  - 5**
[2:22-cv-00553-DWC]

Nossaman LLP
719 Second Avenue, Suite 1200
Seattle, WA  98104
Telephone:  (206) 395-7630

**CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2022, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants.

*/s/ Brian Ferrasci-O'Malley*
Brian Ferrasci-O'Malley

**ASC CARKEEK PARK LLC'S CORPORATE DISCLOSURE STATEMENT - - 6 -**
[2:22-cv-00553-DWC]

Nossaman LLP
719 Second Avenue, Suite 1200
Seattle, WA 98104
Telephone: (206) 395-7630